UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In re: DEERING, DARLENE KUBAL | § Case No. 08-40170 |
| | § |
| | § |
| Debtor(s) | § |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on March 31, 2008. The undersigned trustee was appointed on March 31, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         2,753.95

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 0.00 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]  | $         2,753.95 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 11/27/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $688.49.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $688.49, for a total compensation of $688.49.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of   $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/03/2009   By: /s/Lee Ann Pierce, Trustee
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-40170  
**Case Name:** DEERING, DARLENE KUBAL

**Trustee:** (610070)   Lee Ann Pierce, Trustee  
**Filed (f) or Converted (c):** 03/31/08 (f)  
**§341(a) Meeting Date:** 05/02/08

**Period Ending:** 12/03/09

**Claims Bar Date:** 11/27/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  CHECKING FIRST DAKOTA NB; CHECKING HOME FEDERAL | 227.00 | 0.00 | DA | 0.00 | FA |
| 2  HOUSEHOLD GOODS (EXHIBIT) 1/2 INTEREST | 660.00 | 0.00 | DA | 0.00 | FA |
| 3  CLOTHING | 100.00 | 0.00 | DA | 0.00 | FA |
| 4  ANNUITY UNITY MUTUAL LIFE INS COMPANY PO BOX 500 | 400.00 | 0.00 | DA | 0.00 | FA |
| 5  PCL CONSTRUCTION ACCOUNT RECEIVABLE | 471.00 | 0.00 | DA | 0.00 | FA |
| 6  KAPPES ACCOUNT RECEIVABLE DOUBTFUL) | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 7  CLAIM V. THURMAN FOLEY & COOMES & INSURER | 13,500.00 | 0.00 | DA | 0.00 | FA |
| 8  1996 NISSAN TRUCK (100,000 MILES POOR  Secured | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 9  CHEVY VENTURE VAN (150,000 MILES GOOD 1/2 INTERE | 2,713.00 | 0.00 | DA | 0.00 | FA |
| 10  2007 Tax Refund  (u)<br>    Refund $9,047. 30.41%. | 2,751.37 | 2,751.37 | | 2,751.37 | FA |
| 11  2007 Tax Rebate  (u) | 0.00 | 0.00 | DA | 0.00 | FA |
| Int  INTEREST  (u) | Unknown | N/A | | 2.58 | FA |
| 12  Assets    Totals (Excluding unknown values) | **$25,822.37** | **$2,751.37** | | **$2,753.95** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    March 31, 2008      **Current Projected Date Of Final Report (TFR):**    December 3, 2009  (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-40170 | | Trustee: | Lee Ann Pierce, Trustee (610070) |
|---|---|---|---|---|
| Case Name: | DEERING, DARLENE KUBAL | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****96-65 - Money Market Account |
| Taxpayer ID #: | 35-6788472 | | Blanket Bond: | $19,967,000.00  (per case limit) |
| Period Ending: | 12/03/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/28/08 | {10} | James A Craig Iolta | tax refund - jmf/rc | 1229-000 | 2,751.37 | | 2,751.37 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 0.01 | | 2,751.38 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 0.32 | | 2,751.70 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 0.36 | | 2,752.06 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1200% | 1270-000 | 0.30 | | 2,752.36 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1000% | 1270-000 | 0.21 | | 2,752.57 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.19 | | 2,752.76 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.11 | | 2,752.87 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.10 | | 2,752.97 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.11 | | 2,753.08 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.11 | | 2,753.19 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.10 | | 2,753.29 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.11 | | 2,753.40 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.11 | | 2,753.51 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.11 | | 2,753.62 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.11 | | 2,753.73 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.11 | | 2,753.84 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.11 | | 2,753.95 |
| 12/03/09 | Int | JPMORGAN CHASE BANK, N.A. | Transfer from MMA to DDA for Final Report | 1270-000 | 0.00 | | 2,753.95 |
| 12/03/09 | | To Account #********9666 | Transfer from MMA to DDA for Final Report | 9999-000 | | ! 2,753.95 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 2,753.95 | 2,753.95 | $0.00 |
| Less: Bank Transfers | | 0.00 | 2,753.95 | |
| **Subtotal** | | **2,753.95** | **0.00** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$2,753.95** | **$0.00** | |

{} Asset reference(s)     !-Not printed or not transmitted

Printed: 12/03/2009 02:28 PM     V.11.54

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 08-40170 | | **Trustee:** | Lee Ann Pierce, Trustee (610070) |
| --- | --- | --- | --- | --- |
| **Case Name:** | DEERING, DARLENE KUBAL | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****96-66 - Checking Account |
| **Taxpayer ID #:** | 35-6788472 | | **Blanket Bond:** | $19,967,000.00   (per case limit) |
| **Period Ending:** | 12/03/09 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/03/09 | | From Account #********9665 | Transfer from MMA to DDA for Final Report | 9999-000 ! | 2,753.95 | | 2,753.95 |
| | | | **ACCOUNT TOTALS** | | 2,753.95 | 0.00 | $2,753.95 |
| | | | Less: Bank Transfers | | 2,753.95 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **MMA # ***-*****96-65** | 2,753.95 | 0.00 | 0.00 |
| **Checking # ***-*****96-66** | 0.00 | 0.00 | 2,753.95 |
| | $2,753.95 | $0.00 | $2,753.95 |

# Claims Register

Case: 08-40170   DEERING, DARLENE KUBAL

Claims Bar Date: 11/27/09

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|   | Lee Ann Pierce, Trustee<br>P.O. Box 524<br>Brookings, SD 57006<br><2100-00   Trustee Compensation>, 200 | Admin Ch. 7<br>03/31/08 |   | $688.49<br>$688.49 | $0.00 | $688.49 |
| 1 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/27/09 |   | $16,974.91<br>$16,974.91 | $0.00 | $16,974.91 |
| 2 | First Funds<br>132 West 31st Street, Suite 1301<br>New York, NY 10001<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/28/09 |   | $6,870.24<br>$6,870.24 | $0.00 | $6,870.24 |
| 3 | Chase Bank USA NA<br>P.O. BOX 15145<br>Wilmington, DE 19850-5145<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>09/03/09 |   | $6,478.57<br>$6,478.57 | $0.00 | $6,478.57 |
| 4P | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114<br><5800-00   Claims of Governmental Units>, 570 | Priority<br>09/04/09 |   | $3,236.67<br>$3,236.67 | $0.00 | $3,236.67 |
| 4U | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>09/04/09 |   | $40.00<br>$40.00 | $0.00 | $40.00 |
| 5 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>09/04/09 |   | $14,397.89<br>$14,397.89 | $0.00 | $14,397.89 |
| 6 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>09/04/09 |   | $22,255.79<br>$22,255.79 | $0.00 | $22,255.79 |
| 7 | LVNV Funding LLC its successors and assigns<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>09/24/09 |   | $11,154.88<br>$11,154.88 | $0.00 | $11,154.88 |

# Claims Register

Case: 08-40170   DEERING, DARLENE KUBAL

Claims Bar Date: 11/27/09

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8 | Northern Leasing Systems<br>132 W 31st St, 14th Floor<br>New York, NY 10001<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/02/09 | | $1,173.00<br>$1,173.00 | $0.00 | $1,173.00 |
| 9 | Wells Fargo Bank, N.A.<br>BDD Bankruptcy Dept, MAC s4101-08c<br>100 W. Washington St.<br>Phoenix, AZ 85003<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/03/09 | | $49,895.67<br>$49,895.67 | $0.00 | $49,895.67 |
| 10 | eCAST Settlement Corp<br>Assignee of HSBC Bank Nevada,Bass &<br>Associates, P.C.,3936 E. Ft. Lowell Rd.,<br>Tucson, AZ 85712<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/13/09 | | $178.37<br>$178.37 | $0.00 | $178.37 |
| 11 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/20/09 | | $3,144.46<br>$3,144.46 | $0.00 | $3,144.46 |
| | | | Case Total: | | $0.00 | $136,488.94 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 08-40170
Case Name: DEERING, DARLENE KUBAL
Trustee Name: Lee Ann Pierce, Trustee

Claims of secured creditors will be paid as follows:

*Claimant*                                               *Proposed Payment*

                    N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | Lee Ann Pierce, Trustee | $ 688.49 | $ |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                    *Fees*                    *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,236.67 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 4P | Internal Revenue Service | $ 3,236.67 | $ 2,065.46 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 132,563.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 16,974.91 | $ 0.00 |
| 2 | First Funds | $ 6,870.24 | $ 0.00 |
| 3 | Chase Bank USA NA | $ 6,478.57 | $ 0.00 |
| 4U | Internal Revenue Service | $ 40.00 | $ 0.00 |
| 5 | Chase Bank USA NA | $ 14,397.89 | $ 0.00 |
| 6 | Chase Bank USA NA | $ 22,255.79 | $ 0.00 |
| 7 | LVNV Funding LLC its successors and assigns | $ 11,154.88 | $ 0.00 |
| 8 | Northern Leasing Systems | $ 1,173.00 | $ 0.00 |
| 9 | Wells Fargo Bank, N.A. | $ 49,895.67 | $ 0.00 |
| 10 | eCAST Settlement Corp | $ 178.37 | $ 0.00 |
| 11 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 3,144.46 | $ 0.00 |

**UST Form 101-7-TFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number     Claimant                                Allowed Amt. of Claim     Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number     Claimant                                Allowed Amt. of Claim     Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**